# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH L. MARIS and DONNA L. MARIS, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> NEVADA CAPITAL INSURANCE COMPANY ) <br> and CAPITAL INSURANCE GROUP, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:11-cv-01933-GMN-CWH <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered January 25, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Hoffman's Recommendation is hereby **AFFIRMED,** and Plaintiffs' Complaint is hereby **DISMISSED with prejudice, for Plaintiffs' failure to amend their complaint curing the deficiencies within the thirty (30) day time period, as noted in the Court's January 25, 2012 Order.**

**IT IS FURTHER ORDERED** that **the Clerk of the Court shall forthwith close this case**.

**DATED** this 1st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge